Submitted on record and briefs June 22, rules held valid September 12, 1990, reconsideration denied January 30, petition for review denied February 19, 1991
(311 Or 166)

Arlen Porter SMITH,
Ernest Leroy Smith, Francis Rothauge,
Philip McClure, Randell Brown,
William Kennedy, Donald Sager,
Kerry DiSorbo, Frank Swede Davidson
and Gilbert Lane,
*Petitioners,*

*v.*

OREGON STATE DEPARTMENT
OF CORRECTIONS,
*Respondent.*

(CA A60911)

796 P2d 1255

Arlen Porter Smith, Ernest LeRoy Smith, Francis Rothauge, Philip McClure, Randell Brown, William Kennedy, Donald Sager, Kerry DiSorbo, Frank Swede Davidson, and Gilbert Lane, Salem, filed the brief *pro sese* for petitioners.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Robert M. Atkinson, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

## PER CURIAM

To the extent that petitioners challenge the rule-making process, the authority for the rules and the implementation of the rules, the issues in this case are resolved by *Clark v. Schumacher,* 103 Or App 1, 795 P2d 1093 (1990). None of the other purported issues has any merit, and they do not require discussion.

Rules held valid.